AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

07-540-

Harry Samuel
_____
Plaintiff

v.

Thomas Carroll (warden)
_____
Defendant(s) State of DE.

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

FILED
SEP - 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CASE NUMBER: _____

I, Harry Samuel _____ declare that I am the (check appropriate box)

• ✓ Petitioner/Plaintiff/Movant   • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

BD scanned

*Note to Court this appeal was stated by the public Defenders office Bernard J. O'Donnell.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   • ✓ Yes   • • No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration  Delaware Correctional Center

   **Inmate Identification Number (Required):** SBI # 201360

   Are you employed at the institution? Yes  Do you receive any payment from the institution? yes

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • ✓ Yes   • • No

   a.  If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer. $38.40 a month, 24th to 23rd period

   b.  If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   |   | Source | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • Yes | • • No |
   | b. | Rent payments, interest or dividends | • • Yes | • • No |
   | c. | Pensions, annuities or life insurance payments | • • Yes | • • No |
   | d. | Disability or workers compensation payments | • • Yes | • • No |
   | e. | Gifts or inheritances | ✓ Yes | • • No |
   | f. | Any other sources | • • Yes | • • No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. Mother gave me $50 dollars a month. I don't expect to ~~receive anymore~~ continue to receive anything

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?   • • Yes    • • No

   If "Yes" state the total amount $ _about one hundred dollars_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    • ✓Yes    • • No

   If "Yes" describe the property and state its value.

   I have a 1995 pontiac fearo automoble. its value is none. (N/A) it was in a accident and Don't run etc.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   H    S         Jr. Son Child Support, how much N/A
   E.        O        son child suport, how much N/A

I declare under penalty of perjury that the above information is true and correct.

9-3-2007                  Harry Samuel
DATE                      SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

07-540

TO: _Harry Samuel_  SBI#: _201360_

FROM:   Stacy Shane, Support Services Secretary

RE:   **6 Months Account Statement**

DATE: _August 29, 2007_

---

Attached are copies of your inmate account statement for the months of _February 1, 2007_ to _July 31, 2007_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Feb | 52.14 |
| March | 70.00 |
| April | 54.29 |
| May | 49.21 |
| June | 85.73 |
| July | 81.64 |

Average daily balances/6 months: _65.50_

Attachments
CC: File

_Stacy Shane_
8/29/07

_Jeanette L Haw_
8/29/07

**Individual Statement**
**From February 2007 to July 2007**

Date Printed: 8/29/2007                                                                                                          Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00201360 | Samuel | Harry | L | | Beginning Month Balance: | $49.67 |
| Current Location: | 23 | | | Comments: | Ending Month Balance: | $86.39 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 2/1/2007 | $3.87 | $0.00 | $0.00 | $53.54 | 381356 | | MHU23 12/24/06-1/23/ | |
| Legal | 2/2/2007 | $0.00 | $0.00 | ($8.00) | $53.54 | 381809 | | JAN 2007 | |
| Legal | 2/2/2007 | ($8.00) | $0.00 | $0.00 | $45.54 | 382088 | | JAN 2007 | |
| Legal | 2/2/2007 | $0.00 | $0.00 | $0.00 | $45.54 | 382125 | | JAN 2007 | |
| Legal | 2/2/2007 | $0.00 | $0.00 | $0.00 | $45.54 | 382158 | | JAN 2007 | |
| Canteen | 2/8/2007 | ($11.79) | $0.00 | $0.00 | $33.75 | 384219 | | | |
| Canteen | 2/15/2007 | ($11.52) | $0.00 | $0.00 | $22.23 | 387312 | | | |
| Mail | 2/16/2007 | $50.00 | $0.00 | $0.00 | $72.23 | 388382 | 4987406 2447 | | C SAMUEL |
| Medical | 2/21/2007 | $0.00 | ($2.00) | $0.00 | $65.47 | 390841 | | 1/2/07 | |
| Canteen | 2/22/2007 | ($6.76) | $0.00 | $0.00 | $65.47 | 391475 | | | |
| Medical | 2/23/2007 | ($2.00) | $0.00 | $0.00 | $63.47 | 392059 | | 1/2/07 | |
| Canteen | 2/28/2007 | ($5.03) | $0.00 | $0.00 | $58.44 | 394407 | | | |
| Wage-1099 | 3/1/2007 | $9.60 | $0.00 | $0.00 | $68.04 | 394940 | | BLDG 23- 1/24-2/23/0 | |
| Legal | 3/6/2007 | $0.00 | $0.00 | ($8.00) | $68.04 | 396991 | | FEB 07 | |
| Canteen | 3/8/2007 | ($6.97) | $0.00 | $0.00 | $61.07 | 397840 | | | |
| Mail | 3/8/2007 | $25.00 | $0.00 | $0.00 | $86.07 | 398392 | 4987406 6693 | | C SAMUEL |
| Legal | 3/9/2007 | ($8.00) | $0.00 | $0.00 | $78.07 | 398656 | | FEB 07 | |
| Pay-To | 3/12/2007 | $8.00 | $0.00 | $0.00 | $86.07 | 398808 | | VOID CK #17497 | U S DIST COURT |
| Canteen | 3/14/2007 | ($7.94) | $0.00 | $0.00 | $78.13 | 399925 | | | |
| Canteen | 3/22/2007 | ($14.54) | $0.00 | $0.00 | $63.59 | 403530 | | | |
| Canteen | 3/29/2007 | ($19.93) | $0.00 | $0.00 | $43.66 | 407326 | | | |
| Wage-1099 | 4/2/2007 | $9.60 | $0.00 | $0.00 | $53.26 | 408485 | | BLDG 23  2/24-3/23/0 | |
| Canteen | 4/5/2007 | ($8.13) | $0.00 | $0.00 | $45.13 | 410784 | | | |
| Canteen | 4/12/2007 | ($10.09) | $0.00 | $0.00 | $35.04 | 413627 | | | |
| Misc | 4/16/2007 | $50.00 | $0.00 | $0.00 | $85.04 | 415314 | 268893121 | | WSFS |
| Canteen | 4/19/2007 | ($17.62) | $0.00 | $0.00 | $67.42 | 417197 | | | |
| Canteen | 4/26/2007 | ($18.99) | $0.00 | $0.00 | $48.43 | 420525 | | | |
| Wage-1099 | 5/1/2007 | $7.65 | $0.00 | $0.00 | $56.08 | 421267 | | BLDG 23  3/24-4/23/20 | |
| Wage-1099 | 5/1/2007 | $7.28 | $0.00 | $0.00 | $63.36 | 421270 | | BLDG 23  3/24-4/23/20 | |
| Canteen | 5/3/2007 | ($17.83) | $0.00 | $0.00 | $45.53 | 423499 | | | |
| Canteen | 5/10/2007 | ($15.71) | $0.00 | $0.00 | $29.82 | 426747 | | | |

## Individual Statement
### From February 2007 to July 2007

Date Printed: 8/29/2007 Page 2 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00201360 | Samuel | Harry | L | | Beginning Month Balance: | $49.67 |
| Current Location: 23 | | | | | Ending Month Balance: | $86.39 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 5/17/2007 | ($15.50) | $0.00 | $0.00 | $14.32 | 429491 | | | |
| Mail | 5/23/2007 | $75.00 | $0.00 | $0.00 | $89.32 | 431874 | 4949773731 | | C SAMUEL |
| Canteen | 5/31/2007 | ($18.31) | $0.00 | $0.00 | $71.01 | 434802 | | | |
| Wage-1099 | 6/1/2007 | $38.40 | $0.00 | $0.00 | $109.41 | 435796 | | BLDG 23  4/24-5/23/0 | |
| Canteen | 6/7/2007 | ($11.31) | $0.00 | $0.00 | $98.10 | 440126 | | | |
| Canteen | 6/14/2007 | ($16.75) | $0.00 | $0.00 | $81.35 | 442889 | | | |
| Canteen | 6/21/2007 | ($19.72) | $0.00 | $0.00 | $61.63 | 445975 | | | |
| Mail | 6/27/2007 | $25.00 | $0.00 | $0.00 | $86.63 | 448894 | 100251743680 | | C SAMUEL |
| Canteen | 6/28/2007 | ($19.05) | $0.00 | $0.00 | $67.58 | 449104 | | | |
| Wage-1099 | 7/2/2007 | $38.40 | $0.00 | $0.00 | $105.98 | 450311 | | BLDG 23  5/24-6/23/0 | |
| Canteen | 7/15/2007 | ($15.39) | $0.00 | $0.00 | $90.59 | 452438 | | | |
| Canteen | 7/12/2007 | ($19.31) | $0.00 | $0.00 | $71.28 | 455526 | | | |
| Canteen | 7/19/2007 | ($15.01) | $0.00 | $0.00 | $56.27 | 458495 | | | |
| Mail | 7/24/2007 | $50.00 | $0.00 | $0.00 | $106.27 | 461016 | 5688985833 | | C SAMUEL |
| Canteen | 7/26/2007 | ($19.88) | $0.00 | $0.00 | $86.39 | 462326 | | | |

Ending Month Balance: $86.39

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00