United States District Court
District of Delaware

~~In the United States Court of Appeals for the Third Circuit~~

Harry Samuel
Appellant

v.

State of Delaware
Appellee

No. -07-540-

Supreme Court of Delaware No. 183, 2006

FILED SEP -7 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, the Appellant, Harry Samuel, pro se, and moves this Honorable Court for the Appointment of Counsel, to represent Appellant.

In support of this Motion Appellant states that the following is true and correct, to the best of his knowledge and belief:

Plaintiff 1. ~~Appellant~~ is incarcerated

Plaintiff 2. ~~Appellant~~ is unskilled in the law.

3. The administration at the Delaware Correctional Center where Appellant is held limits the days and times that Appellant is allowed access to the law library.

4. Appointment of counsel would serve "the best interests of justice" in this case.

WHEREFORE, Appellant prays this Honorable Court appoint counsel to represent the Appellant.

DATE: 9-3-2007

Harry Samuel
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977