In the United States District Court of Delaware

Harry Samuel
      Plaintiff
  V.

State of Delaware

07-540-

Supreme court of Delaware
No. 183, 2006

Plaintiff Motion for an Extension of time

Plaintiff Samuel, request an Extension of time based on the New decision by Delaware Supreme Court reconstruing statute. Priest v. State, 879 A.2d 575 (Del. 2005).

Newly recognized right under rule 61(i)(1) and the fundamental fairness exception contained in rule 61(i)(5), right that results in a misscarriage of justice and Rule 61(i)(4) interest of Justice.

In addition the impact the Indictment have on the Claims Presented which Denied Plaintiff his 14 amendment Due Process right.



FILED
SEP -7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Respectfully Submitted
Harry L. Samuel, Pro se

Date 9-3-2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Harry Samuel
Plaintiff

v.

State of Delaware
Defendant(s)

Supreme Court of Delaware
No. 183, 2006

ORDER

    IT IS HEREBY ORDERED, this ____ day of _____, 200_ that the attached Motion for Extension of Time has been read and considered.
    IS IS ORDERED that the Motion is hereby GRANTED/DENIED.
    IT IS FURTHER ORDERED THAT

_____
_____
_____
_____

_____
Judge