IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY L. SAMUEL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. No. 07-540-SLR |
| | ) |
| THOMAS CARROLL, Warden, | ) |
| and ATTORNEY GENERAL | ) |
| OF THE STATE OF | ) |
| DELAWARE, | ) |
| | ) |
| Respondents. | ) |

## **O R D E R**

At Wilmington this  1㏗  day of December, 2007;

IT IS HEREBY ORDERED that:

1. Petitioner Harry L. Samuel's application to proceed in forma pauperis is provisionally GRANTED for the purposes of this order only.  (D.I. 3.)

2. Petitioner Harry L. Samuel's application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is DENIED as second or successive.  (D.I. 2);  See In re: Harry L. Samuel, C.A. No. 07-3661, Order (3d Cir. Dec. 4, 2007)(denying petitioner's application under 28 U.S.C. § 2244 for permission to file a second or successive habeas petition)

3. Petitioner's motion for an extension of time is DENIED as moot.  (D.I. 5.)

4. Petitioner has failed to make a "substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), and a certificate of appealability is not warranted. See United States v. Eyer, 113 F.3d 470 (3d Cir. 1997); 3rd Cir. LAR 22.2

(2002).

     5.  Pursuant to Rule 4, 28 U.S.C. foll. § 2254, the clerk shall forthwith serve a copy of this order upon: (1) the above-named Warden of the facility in which petitioner is housed; and (2) the Attorney General for the State of Delaware.

     6.  The clerk shall also send a copy of this order to the petitioner at his address on record.

                                           *[signature]*
                                       United States District Court Judge